FILED

2022 Aug-23 PM 12:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

U. S. District Court, Northern District of Alabama
Office of the Clerk
140 Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk of Court

Dave Smith, Clerk of Court
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**Appeal #**     **new appeal**
U.S.D.C. No.    2:20-cr-00151-ACA-JHE
IN RE:          USA v. Hendarius Lamar Archie
DATE:           August 23, 2022

Enclosed are documents regarding an appeal in this matter.

X       Copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.
        Please check if judgment was oral:

X       First Notice of Appeal? YES

        Original court file and certified copy of docket entries per USCA request.

        There was no hearing from which a transcript could be made.

X       Copy of CJA Form 20 or District Court order appointing counsel.   See docket entry on 6/10/2020

X       The appellant docket fee has been paid.  NO  Date Paid:

        The appellant has been  leave to appeal in forma pauperis and  a request for certificate of appealability
        (order enclosed).

X       The Judge/Magistrate Judge appealed from is:  Judge Annemarie Carney Axon

X       The Court Reporter is: Lauren Shirley - Jury trial 4/11-15/2022, 4/18-19/2022;
                                   Sentencing hrg 8/9/2022

                        Sharon N. Harris, Clerk

                By: /s/ *K. Clark*
                        Deputy Clerk